```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05499
   DAVE J PITTS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9494


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/07/2008 and was confirmed 05/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
US BANK NA                 NOTICE ONLY    NOT FILED           .00           .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY    NOT FILED           .00           .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00           .00           .00
OCWEN FEDERAL BANK         MORTGAGE ARRE    4408.28           .00           .00
GMAC                       SECURED VEHIC   17160.21         81.93        857.39
AMERICAS SERVICING COMPA   CURRENT MORTG        .00           .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE        .00           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        4169.90           .00           .00
BANK OF AMERICA BANK       UNSECURED        1028.71           .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00           .00
CALVARY PORTFOLIO SERVIC   UNSECURED        1017.45           .00           .00
CITGO/CITI                 UNSECURED      NOT FILED           .00           .00
IL STATE DISBURSEMENT UN   UNSECURED      NOT FILED           .00           .00
ROSA HAE S CHOI MD         UNSECURED      NOT FILED           .00           .00
SPRINT-NEXTEL CORP         UNSECURED        1210.47           .00           .00
DRAPER & KRAMER            NOTICE ONLY    NOT FILED           .00           .00
DUTTON & DUTTON            NOTICE ONLY    NOT FILED           .00           .00
GENERAL BURGLAR ALARM      UNSECURED         600.00           .00           .00
LAKE MEADOWS APTS          UNSECURED      NOT FILED           .00           .00
MIDWEST VERIZON WIRELESS   UNSECURED        1816.39           .00           .00
PEOPLES ENERGY             UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         669.27           .00           .00
AMERICAN GENERAL FINANCE   SECURED NOT I    5639.26           .00           .00
KEYBANK NA                 CURRENT MORTG        .00           .00           .00
KEYBANK NA                 CURRENT MORTG        .00           .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY    NOT FILED           .00           .00
FAYE C BEALS               DSO ARREARS       300.73           .00           .00
KEYBANK NA                 MORTGAGE ARRE        .00           .00           .00
KEYBANK NA                 MORTGAGE ARRE    1662.82           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05499 DAVE J PITTS
```

```
LEEDERS & ASSOCIATES LTD DEBTOR ATTY    1,530.00                           .00
TOM VAUGHN               TRUSTEE                                         81.68
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   1,021.00

PRIORITY                                              .00
SECURED                                            857.39
    INTEREST                                        81.93
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                81.68
DEBTOR REFUND                                         .00
                       ---------------     ---------------
TOTALS                    1,021.00              1,021.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 01/27/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE